**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| Michael Weaver, ) | |
| ) | Civil Action No.: 4:23-cv-01713-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION FOR ENTRY OF DEFAULT** |
| ) | |
| JSL Windy Hill II, LLC; Rare Hospitality ) | |
| International Inc., d/b/a LongHorn Steakhouse ) | |
| #5459; John Doe 1; John Doe 2; John Doe 3, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, Michael Weaver, respectfully requests that the Clerk enter default against JSL Windy Hill II, LLC, pursuant to Rule 55(a), FRCP. This Motion for Entry of Default is supported by Konstantine Diamaduros' Affidavit of Default, filed contemporaneously herewith.

                                              Respectfully Submitted,

                                              MIKE KELLY LAW GROUP, LLC

BY:    s/ Konstantine S. "Dean" Diamaduros
           Konstantine S. "Dean" Diamaduros
           Fed. Id. No. 13198
           dean@mklawgroup.com
           1523 Huger Street, Suite A
           Columbia, SC 29201
           803/726-0123

           Attorney for Plaintiff

Columbia, South Carolina
July 5, 2023